■ In the Matter of D. S. ALAMO ASSOCIATES, Respondent, v COMMISSIONER OF FINANCE OF THE CITY OF NEW YORK et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County (Edward Greenfield, J.), entered on or about May 7, 1986, unanimously affirmed for the reasons stated by Edward Greenfield, J., without costs and without disbursements. Concur—Sandler, J. P., Ross, Asch, Kassal and Wallach, JJ.